**WO**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Warner Bros. Records Inc., et al., )<br>                                                        )<br>            Plaintiffs,                        )<br>                                                        )<br>                                                        )<br>       v.                                            )<br>                                                        )<br> Jaime Steffen,                             )<br>                                                        )<br>            Defendant.                    )<br>                                                        )<br>_____ ) | No. CV-06-1723-PHX-SMM<br><br><br><br>**ORDER** |

The Court, having considered the Stipulation to Judgment and Permanent Injunction executed by the parties [Dkt. 7],

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Plaintiffs have alleged that Defendant distributed (including by uploading) and/or reproduced (including by downloading) via the Internet or an online media distribution system copyrighted sound recordings owned or controlled by the Plaintiffs, without Plaintiffs' authorization, in violation of 17 U.S.C. § 501.  Without admitting or denying liability, Defendant has not contested plaintiffs' allegations, and has acknowledged that such conduct is wrongful.

1      2.     Defendant shall pay to Plaintiffs in settlement of this action the total sum of
2 $4150.00.
3      3.     Defendant shall pay Plaintiffs' costs of suit (complaint filing fee and service
4 of process fee) in the amount of $350.00
5      4.     Defendant shall be and hereby is enjoined from directly or indirectly
6 infringing Plaintiffs' rights under federal or state law in any sound recording, whether now
7 in existence or later created, that is owned or controlled by Plaintiffs (or any parent,
8 subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including
9 without limitation by:
10           a.    using the Internet or any online media distribution system to reproduce
11                (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e.,
12                upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs'
13                Recordings available for distribution to the public, except pursuant to a
14                lawful license or with the express authority of Plaintiffs; or
15           b.    causing, authorizing, permitting, or facilitating any third party to
16                access the Internet or any online media distribution system through the
17                use of an Internet connection and/or computer equipment owned or
18                controlled by Defendant, to reproduce (i.e., download) any of
19                Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs'
20                Recordings, or to make any of Plaintiffs' Recordings available for
21                distribution to the public, except pursuant to a lawful license or with
22                the express authority of Plaintiffs.
23 Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant and/or any
24 third party that has used the Internet connection and/or computer equipment owned or
25

1  controlled by Defendant has downloaded without Plaintiffs' authorization onto any
2  computer hard drive or server owned or controlled by Defendant, and shall destroy all
3  copies of those downloaded recordings transferred onto any physical medium or device in
4  Defendant's possession, custody, or control.

5        5.  Defendant irrevocably and fully waives notice of entry of the Judgment and
6  Permanent Injunction, and understands and agrees that violation of the Judgment and
7  Permanent Injunction will expose Defendant to all penalties provided by law, including for
8  contempt of Court.

9        6.  Defendant irrevocably and fully waives any and all right to appeal this
10  Judgment and Permanent Injunction.

11        7.  Nothing contained in the Judgment and Permanent Injunction shall limit the
12  right of Plaintiffs to recover damages for any and all infringements by Defendant of any
13  right under federal copyright law or state law occurring after the date Defendant executes
14  the Stipulation to Judgment and Permanent Injunction.

15        8.  Defendant shall not make any public statements that are inconsistent with any
16  term of the Stipulation to Judgment and Permanent Injunction.

17        9.  The Court shall maintain continuing jurisdiction over this action for the
18  purpose of enforcing this final Judgment and Permanent Injunction.

19  DATED this 5th day of October, 2006.

_____
Stephen M. McNamee
United States District Judge